1
2
3
4
5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8  MICHAEL CASSINI,

9          Plaintiff,

                                    Case No. C07-1617RSL
10     v.
                                    ORDER DIRECTING SERVICE
11 UNITED STATES DEPARTMENT
   OF JUSTICE,
12
           Defendant.
13

14

15     This matter comes before the Court on plaintiff's motion "to have the U.S.

16 Marshal serve the Respondent in this case." (Dkt. #5). Plaintiff seeks to obtain

17 information from defendant pursuant to the Freedom of Information Act. Plaintiff, who is

18 proceeding *pro se*, has been granted permission to proceed *in forma pauperis*. The Court

19 hereby orders service pursuant to Fed. R. Civ. P. 4(c)(2) as follows:

20     (1) The Clerk shall arrange for service upon the United States Attorney General in

21 Washington, D.C., upon the United States Department of Justice, and upon the civil

22 process clerk of the United States Attorney for the Western District of Washington, with

23 copies of the complaint, all documents in support thereof, and of this Order, by registered

24 or certified mail, return receipt requested.

25

26 SERVICE ORDER - 1

(2) Within sixty (60) days after service, defendant shall answer the complaint.

DATED this 21st day of November, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

SERVICE ORDER - 2