# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL CASSINI,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

Case No. C07-1617RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 29, 2009, defendant filed a motion for summary judgment that, taken as a whole, exceeds 50 pages in length. (Dkt. #16). As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with a prior order of this Court (Dkt. #13)[1] requiring courtesy copies of lengthy filings for chambers. Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and

---

[1] The order at Docket #13 was subsequently vacated in part. However, the subsequent order made clear that the parties are still required to submit chambers copies of overlength filings. Dkt. #14.

ORDER TO SHOW CAUSE - 1

clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Defendant shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 3rd day of February, 2009.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2