UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CASSINI,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

Case No. C07-1617RSL

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On January 29, 2009, defendant filed a motion for summary judgment that, taken as a whole, exceeded 50 pages in length but did not submit a courtesy copy for chambers. The Court ordered defendant to show cause why it should not be sanctioned for failing to comply with a prior order of this Court requiring courtesy copies of lengthy filings. The Order to Show Cause (Dkt. #18) is now vacated in light of receipt of the courtesy copy and defendant's response.

DATED this 5th day of February, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE