District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ALAN CASSINI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　　　Defendant. | Case No. 07-1617 RSL<br><br>ORDER GRANTING MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed the pleadings and materials in this case, it is hereby

**ORDERED** that:

　　The Government's Motion for Summary Judgment is GRANTED.

　　Dated this 3rd day of March, 2009.


　　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT - 1
CASE NO. 07-1617 RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970